IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMANDA PAUL,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　Case No. 4:23-cv-284-AW-MAL

WARDEN GABBY,
F.C.I. TALLAHASSEE,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Amanda Paul sought § 2241 relief. The government responded, contending Paul did not exhaust her administrative remedies. The magistrate judge issued a report and recommendation that concluded this court should dismiss based on Paul's failure to exhaust. ECF No. 8. Paul did not file any objection to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice because of Petitioner's failure to exhaust administrative remedies." The clerk will then close the file.

SO ORDERED on September 16, 2024.

                                            s/ *Allen Winsor*
                                            United States District Judge